```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 30011
   ROSALYN C BLAYLOCK
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-8933


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/04/2008 and was not confirmed.

     The case was dismissed without confirmation 01/22/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA MORTGAGE NOTI NOT FILED             .00            .00
COUNTRYWIDE HOME LOANS   SECURED NOT I   28718.01            .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG       .00             .00            .00
AMERICAS SERVICING COMPA SECURED NOT I   17919.92            .00            .00
COUNTRYWIDE HOME LOANS   CURRENT MORTG       .00             .00            .00
PIERCE & ASSOCIATES      MORTGAGE NOTI NOT FILED             .00            .00
PROVIDIAN FINANCIAL      UNSECURED        5822.14            .00            .00
PRO SE DEBTOR            DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00


         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         ---------------       ---------------
TOTALS                          .00                  .00




              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 30011 ROSALYN C BLAYLOCK
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE